# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LINDA SINKS,

               Plaintiff,

  v.

COUNTY OF FRESNO, et al.,

               Defendants.

_____ /

CASE NO. 1:11-cv-01990-LJO-SKO

**ORDER GRANTING STIPULATED REQUEST FOR AN EXTENSION OF TIME**

(Docket No. 12)

On December 30, 2011, Plaintiff and Defendants George and Nicole Osborn filed a stipulation that the Osborn Defendants be granted until February 3, 2012, "to file their Answer." (Doc. 12, 1:24-26.) Defendants request additional time for the purpose of tendering this action to their insurance carrier for indemnity and defense.

Accordingly, IT IS HEREBY ORDERED that:

1.     The parties' stipulated request is GRANTED;

2.     Defendants George and Nicole Osborn shall file their Answer to the complaint on or before February 3, 2012.

IT IS SO ORDERED.

**Dated:   January 3, 2012**              /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE