# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SINKS,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF FRESNO, et al.,<br><br>　　　　　　　　Defendants.<br>_____/ | CASE NO. 1:11-cv-01990-LJO-SKO<br><br>**ORDER GRANTING STIPULATED REQUEST FOR AN EXTENSION OF TIME**<br><br>(Docket No. 12) |

On December 30, 2011, Plaintiff and Defendants George and Nicole Osborn filed a stipulation that the Osborn Defendants be granted until February 3, 2012, "to file their Answer." (Doc. 12, 1:24-26.) Defendants request additional time for the purpose of tendering this action to their insurance carrier for indemnity and defense.

Accordingly, IT IS HEREBY ORDERED that:

1.　　　The parties' stipulated request is GRANTED;

2.　　　Defendants George and Nicole Osborn shall file their Answer to the complaint on or before February 3, 2012.

IT IS SO ORDERED.

**Dated:   January 3, 2012**　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE