1 | KEVIN B. BRIGGS
    County Counsel
2 | MICHAEL R. LINDEN
    Deputy County Counsel – State Bar No. 192485
3 | FRESNO COUNTY COUNSEL
    2220 Tulare Street, 5th Floor
4 | Fresno, California 93721
    Telephone: (559) 600-3479
5 | Facsimile:   (559) 600-3480

Attorneys for Defendant
COUNTY OF FRESNO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| LINDA SINKS, | Case No. 1:11-cv-01990-LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT IN FAVOR OF DEFENDANT COUNTY OF FRESNO AS TO PLAINTIFF'S FEDERAL CLAIMS; ORDER REMANDING REMAINDER OF CASE TO STATE COURT** |
| GEORGE OSBORN; NICOLE OSBORN; COUNTY OF FRESNO; and Does 1 through 10, inclusive, | |
| Defendants. | |

On November 9, 2011, plaintiff LINDA SINKS (hereinafter "Plaintiff") commenced an action against defendant COUNTY OF FRESNO (hereinafter "defendant COUNTY"), as well as defendants George and Nicole Ozburn in the Superior Court of California, County of Fresno, entitled County of Fresno Superior Court Case No. 11 CE CG 03965. Plaintiff's complaint contained civil rights claims under the Constitution of the United States, pursuant to 42 U.S.C. § 1983 (hereinafter "Section 1983"), as well as state law claims for assault, battery, negligence, intentional infliction of emotional distress. Plaintiff also set forth California statutory claims pursuant to Civil Code §§ 52.1 and 52.4.

///

On November 18, 2011, defendant COUNTY was served Plaintiff's complaint. On November 28, 2011, defendant COUNTY removed Plaintiff's action to this Court, based on Federal question jurisdiction.

On December 2, 2011, Plaintiff filed her First Amended Complaint ("FAC"). The FAC contains the same Federal and state law claims as are contained in the original complaint.

On December 6, 2011, defendant COUNTY filed a motion to dismiss all of the claims set forth in the FAC, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. On January 5, 2012, Plaintiff filed an opposition to said motion. On January 10, 2012, the Court issued a minute order, taking the matter under submission without a hearing.

On January 20, 2012, the Court issued an order granting defendant COUNTY's motion to dismiss in part. Said motion was granted as to Plaintiff's Federal claims pursuant to Section 1983. However, the Court declined to exercise supplemental jurisdiction over Plaintiff's state law claims. Plaintiff was granted leave to amend, and was required to file an amended complaint within twenty-one (21) days of the date of the Court's order. However, no amended complaint was filed within this time period.

Based on the foregoing, it is hereby ordered that Judgment be entered in favor of defendant COUNTY as to Plaintiff's Federal claims. The Court declines to take supplemental jurisdiction over Plaintiff's state law claims, and as such it is further ordered that Plaintiff's action be remanded to the Fresno County Superior Court for further proceedings.

The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **February 16, 2012**        /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE